70 A.3d 647

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
JOHN THOMAS–EL, DEFENDANT–APPELLANT.

July 18, 2013.

## ORDER

This matter having been opened to the Court on the motion of the State of New Jersey for summary disposition of the appeal (A–47–12), and the issue on appeal relating only to defendant's conviction on the charge of second-degree certain persons not to have weapons in violation of *N.J.S.A.* 2C:39–7(b), and the State having conceded in the instant motion that it "cannot make a good-faith argument in support of sustaining the certain persons conviction," and the State therefore requesting summary reversal of defendant's conviction;

It is hereby ORDERED that defendant's conviction is reversed, the matter is remanded to the Superior Court, Law Division for further proceedings, and the appeal is dismissed. Jurisdiction is not retained.